Appellant's contentions are the same and will not be here discussed except as follows: In his motion for new trial appellant alleges that three of the jurors who convicted him in this cause had served on the jury in Cause No. 27,005.

We do not find that the appellant challenged these jurors for cause, or otherwise excepted to the court's action in refusing to excuse such jurors, because of their having served and convicted appellant in the other case on the same day.

Since there is no ruling of the court which we may here review, we have no alternative but to affirm the conviction.

The judgment is affirmed.

WOODLEY, Judge.

The conviction, on a plea of guilty before the court, is for transporting beer in a dry area; the punishment, a fine of $300.

The record on appeal contains neither a statement of facts nor bill of exception. All proceedings appear to be regular and nothing is presented for review by this court.

The judgment is affirmed and motion for rehearing will not be permitted to be filed.

## DUFFEY v. STATE.

No. 27054.

Court of Criminal Appeals of Texas.

June 23, 1954.

## FOWLER v. STATE.

No. 27041.

Court of Criminal Appeals of Texas.

June 16, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.